UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>      Plaintiff,<br><br>      v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>      Defendant. | Civil Action No. 07-0048 (RBW) |

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE**

This is an action for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"). Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") served its complaint on defendant National Archives and Records Administration ("NARA") on January 12, 2007. Defendant NARA served its answer to the complaint on February 12, 2007. The parties have conferred and propose the following briefing schedule:

Defendant shall file its motion for summary judgment by May 7, 2007.

Plaintiff shall file its brief in opposition by June 6, 2007.

Defendant shall file its reply brief by June 21, 2007.

Wherefore, the parties request that this court adopt the foregoing proposed briefing schedule.

Dated: <u>March 28, 2007</u>                              Respectfully submitted,

|  |  |
|---|---|
|  | PETER D. KEISLER<br>Assistant Attorney General |
|  | JEFFERY A. TAYLOR<br>United States Attorney |
|  | ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br>D.C. Bar No. 418925 |
| */s/ Anne L. Weismann*<br>ANNE L. WEISMANN<br>D.C. Bar No. 298190<br>MELANIE SLOAN<br>D.C. Bar No. 434584<br>Citizens for Responsibility and Ethics<br>  in Washington<br>1400 Eye St., N.W., Suite 450<br>Washington, D.C. 20005<br>Telephone:     (202) 408-5565<br>Facsimile:     (202) 588-5020<br><br>Attorneys for Plaintiff | */s/ Michael P. Abate*<br>MICHAEL P. ABATE<br>IL Bar No. 6285597<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br><br>Mailing Address<br>P.O. Box 883<br>Washington, D.C. 20044<br><br>Delivery Address<br>20 Massachusetts Ave., N.W., Room 7302<br>Washington, D.C. 20001<br>Telephone:     (202) 616-8209<br>Facsimile:     (202) 616-8470<br><br>Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>Defendant. | Civil Action No. 07-0048 (RBW) |

## ORDER

The parties' Joint Motion to Establish a Briefing Schedule is hereby GRANTED. The briefing schedule proposed in the parties' joint motion is hereby adopted, and it is ORDERED that:

Defendant shall file its motion for summary judgment by May 7, 2007.

Plaintiff shall file its brief in opposition by June 6, 2007.

Defendant shall file its reply brief by June 21, 2007.

Dated: _____            _____
                                  Hon. Reggie B. Walton
                                  United States District Judge