UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION<br><br>Defendant. | Civil Action No. 07-0048 (RBW) |

## SCHEDULING ORDER

Currently before the Court is the parties' joint motion filed on March 28, 2007, requesting that the Court establish a briefing schedule. Accordingly, it is on this 11th day of April, 2007 hereby

**ORDERED** that the defendant shall file its motion for summary judgment by May 7, 2007; the plaintiff shall file its brief in opposition by June 6, 2007; and the defendant shall file its reply by June 21, 2007.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge