Case 1:07-cv-00048-RBW   Document 5-5   Filed 05/07/2007   Page 1 of 1


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) ) Plaintiff, ) ) v. ) ) NATIONAL ARCHIVES AND RECORDS ) ADMINISTRATION ) ) Defendant. ) ) | Civil Action No. 07-0048 (RBW) |

## ORDER

The Court, having fully considered Defendant's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, finds Defendant's Motion to be well-taken, and it is hereby GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2007.

Dated: _____          _____
                                HON. REGGIE B. WALTON
                                UNITED STATES DISTRICT JUDGE