## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY ) <br> AND ETHICS IN WASHINGTON ) <br>    ) <br>   Plaintiff, ) <br>    ) <br>   v. ) <br>    ) <br> NATIONAL ARCHIVES AND ) <br> RECORDS ADMINISTRATION ) <br>    ) <br>   Defendant. ) <br>    ) | Civil Action No. 07-0048 (RBW) |

### PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly D. Perkins hereby enters an appearance on behalf of Plaintiff Citizens for Responsibility and Ethics in Washington. Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic Case Filing to Kimberly D. Perkins.

                                                          Respectfully Submitted

                                                          /s/
                                                    KIMBERLY D. PERKINS
                                                    D.C.. Bar No. 481460
                                                    Citizens for Responsibility and
                                                    Ethics in Washington
                                                    1400 Eye Street, Suite 450
                                                    Washington, D.C. 20005
                                                    Phone: (202) 408-5565
                                                    Fax: (202) 588-5020

Dated: June 6, 2007