# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND  :
ETHICS IN WASHINGTON             :
                                 :
      Plaintiff,            :
                                 :
    v.                        :     Civil Action No. 07-0048 (RBW)
                                 :
NATIONAL ARCHIVES AND RECORDS    :
ADMINISTRATION,                  :
                                 :
      Defendant.            :
_____:

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Citizens for

Responsibility and Ethics in Washington ("CREW"), respectfully cross-moves for summary

judgement in this case.  There are no material issues of fact in dispute and CREW is entitled to

judgment as a matter of law.  The points and authorities supporting this motion and in opposition

to defendant's motion are set forth in Plaintiff's Opposition to Defendant's Motion for Summary

Judgment and Memorandum in Support of Plaintiff's Cross-Motion for Summary Judgment.


                    Respectfully submitted,


                    _____/s/_____

Anne L. Weismann
(D.C. Bar No. 434584)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and
    Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565

Dockets.Justia.com

Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: June 6, 2007