# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0048 (RBW) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | : |
| Defendant. | : |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto and Plaintiff's Cross-Motion for Summary Judgment, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Plaintiff's cross-motion for summary judgment is granted and Defendant's motion for summary judgment be, and hereby is, **DENIED**, and it is further

**ORDERED** that within three days defendant shall produce full unredacted versions of document numbers 3, 5, 7, 12, 13, 14, 15, 16, 17, 18, 18a, 24, 26, 27, 29, 30, 31, 34, 35, 36, 37, 40, 42, 44, 45, 46, 48, 49, 51, 53, 54, 55, 56, 57, 58, 59 and 60.

Dated: _____                     _____
                                        REGGIE B. WALTON
                                        United States District Court Judge