## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-0048 (RBW) |
| | : | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

### PLAINTIFF'S MOTION TO CORRECT ITS PROPOSED ORDER TO THE COURT

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby moves this Court to enter the attached modified Proposed Order in order to include a remedy concerning Plaintiff's allegation that Defendant, National Archives and Records Administration ("NARA") failed to perform an adequate search for documents.

Respectfully submitted,

/s/
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C.  20005
Phone: (202) 5408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND    :
ETHICS IN WASHINGTON               :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :   Civil Action No. 07-0048 (RBW)
                                   :
NATIONAL ARCHIVES AND RECORDS      :
ADMINISTRATION,                    :
                                   :
        Defendant.                 :
_____:

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto and Plaintiff's Cross-Motion for Summary Judgment, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Plaintiff's cross-motion for summary judgment is granted and Defendant's motion for summary judgment be, and hereby is, **DENIED**, and it is further

**ORDERED** that within three days defendant shall produce full unredacted versions of document numbers 3, 5, 7, 12, 13, 14, 15, 16, 17, 18, 18a, 24, 26, 27, 29, 30, 31, 34, 35, 36, 37, 40, 42, 44, 45, 46, 48, 49, 51, 53, 54, 55, 56, 57, 58, 59 and 60, and it is further

**ORDERED** that NARA conduct a new search for all documents responsive to Plaintiff's Freedom of Information Act request.

Dated: _____                    _____
                                     REGGIE B. WALTON
                                     United States District Court Judge