# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 07-0048 (RBW) <br> : <br> : <br> : <br> : <br> : |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto and Plaintiff's Cross-Motion for Summary Judgment, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that Plaintiff's cross-motion for summary judgment is granted and Defendant's motion for summary judgment be, and hereby is, **DENIED**, and it is further

**ORDERED** that within three days defendant shall produce full unredacted versions of document numbers 3, 5, 7, 12, 13, 14, 15, 16, 17, 18, 18a, 24, 26, 27, 29, 30, 31, 34, 35, 36, 37, 40, 42, 44, 45, 46, 48, 49, 51, 53, 54, 55, 56, 57, 58, 59 and 60, and it is further

**ORDERED** that NARA conduct a new search for all documents responsive to Plaintiff's Freedom of Information Act request.

Dated: _____                              _____

                                                REGGIE B. WALTON
                                                United States District Court Judge

Dockets.Justia.com