## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 07-0048 (RBW) |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, ) ) ) | |
| Defendant. ) | |
| _____ ) | |

### DECLARATION OF LATITA M. HUFF
### DISCLOSURE OFFICER
### FREEDOM OF INFORMATION AND PRIVACY ACTS PROGRAM
### LIAISON DIVISION
### UNITED STATES SECRET SERVICE

I, Latita M. Huff, hereby make the following declaration:

1.    I am the Disclosure Officer, GS-15, of the Freedom of Information and Privacy Acts (FOI/PA) Program, Liaison Division, for the United States Secret Service (hereinafter "Secret Service"), which is a component of the Department of Homeland Security ("DHS"). I have been the Secret Service Disclosure Officer since December 29, 2002, and previously was assigned as the Branch Chief of the FOI/PA Branch (now Program), since December 6, 1998. I have been employed with the Secret Service since July 6, 1987, and have been assigned to the FOI/PA Branch/Program since that time.

2.    As the Secret Service's Disclosure Officer, I receive and review FOIA requests that are submitted to the Secret Service, and oversee processing of these requests.

Dockets.Justia.com

3.    In connection with the above-captioned litigation, I have been asked to provide information regarding FOIA requests for White House access records received by the Secret Service.  The records of the FOIA office reflect that, as of March 2000, the Secret Service had received multiple FOIA requests for White House access records.  Moreover, for the time period from March 2000 to the present, the records of the FOIA office reflect that the Secret Service intermittently received FOIA requests for White House access records.

I declare under penalty of perjury that the foregoing is true and correct.

June 21, 2007
Date

Latita M. Huff
Disclosure Officer

2