UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-0048 (RBW)<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S CONSENT MOTION TO FILE A REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW") in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a short extension of time within which to reply to defendant's Memorandum of Points and Authorities in Support of defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment up to and including July 6, 2007. No previous date was set for plaintiff's reply brief. Counsel for defendant has stated that he consents to this motion.

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Kimberly D. Perkins
(D.C. Bar No. 481460)
Citizens for Responsibility and Ethics
 in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

                                      Phone:  202-408-5565
                                      Fax:  202-588-5020

                                      Attorneys for Plaintiff

Dated:  June 27, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND    :
ETHICS IN WASHINGTON               :
                                   :
         Plaintiff,                :
                                   :
    v.                             :     Civil Action No. 07-0048 (RBW)
                                   :
NATIONAL ARCHIVES AND RECORDS      :
ADMINISTRATION,                    :
                                   :
         Defendant.                :
_____:

# [PROPOSED] ORDER

Plaintiff's Citizens for Responsibility and Ethics in Washington ("CREW") Consent Motion for a short extension of time to file a Reply in support of its Cross-Motion for Summary Judgement and Memorandum in support thereof up to and including July 6, 2007 is granted.


Dated: _____                      _____
                                       REGGIE B. WALTON
                                       United States District Court Judge