# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 07-0048 (RBW) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | : : : : |
| Defendant. | : : |

## [PROPOSED] ORDER

Plaintiff's Citizens for Responsibility and Ethics in Washington ("CREW") Consent Motion for a short extension of time to file a Reply in support of its Cross-Motion for Summary Judgement and Memorandum in support thereof up to and including July 6, 2007 is granted.

Dated: _____                                  _____
                                                   REGGIE B. WALTON
                                                   United States District Court Judge