UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CITIZENS FOR RESPONSIBILITY AND            )
ETHICS  IN WASHINGTON                      )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      Civil Action No.   07-48 (RBW)
                                           )
NATIONAL ARCHIVES AND                      )
RECORDS ADMINISTRATION                     )
                                           )
            Defendant.                     )
_____   )

## ORDER

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued

hereafter, it is hereby

**ORDERED** that the defendant's motion for summary judgment is granted in part and

denied in part.  It is further

**ORDERED** that the plaintiff's cross-motion for summary judgment is granted in part and

denied in part.  It is further

**ORDERED** that  the defendant shall provide a supplemental submission with a more

detailed explanation in support of its withholding of document 3 pursuant to Exemption 5 of the

Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2000).  It is further

**ORDERED** that documents 5 and 7 were properly withheld pursuant to Exemption 5 of

the FOIA.  It is further

**ORDERED** that the defendant must submit documents 12-18, 24, 26-27, and 29-30 to

the Court for its in camera review.  It is further

**ORDERED** that document 31 was properly withheld pursuant to Exemption 5 of the FOIA.  It is further

**ORDERED** the defendant must submit documents 34-44, and 53 to the Court for its in camera review.  It is further

**ORDERED** that the defendant must submit an amended <u>Vaughn</u> index and supplemental affidavits that explain why documents 45 and 55 are properly withheld pursuant to Exemption 5 of the FOIA.  It is further

**ORDERED** that documents 48 and 51 were properly withheld pursuant to Exemption 5 of the FOIA.  It is further

**ORDERED** that documents 56-60 were properly withheld pursuant to Exemption 5 of the FOIA.  It is further

**ORDERED** that  the defendant's search pursuant to the FOIA was adequate. It is further

**ORDERED** that the parties are not required to comply with this Order until  thirty days after the  issuance of this Court's Memorandum Opinion.  It is further

**ORDERED** this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.

**SO ORDERED** this 28th of March 2008.


/s/_____
   REGGIE B. WALTON
   United States District Court Judge