UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:07-cv-00048-RBW |
| v. | ) ) | |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

PLEASE NOTICE the appearance in this action of W. Scott Simpson, United States Department of Justice, Washington, D.C., as counsel for the defendant, in place of Michael P. Abate. United States mail should be directed to Mr. Simpson at the following address:

>W. Scott Simpson
>Department of Justice, Room 7210
>Post Office Box 883
>Washington, D.C.  20044

Packages for delivery should be directed to Mr. Simpson at the following address (this address should not, however, be used for U.S. mail):

>W. Scott Simpson
>Department of Justice, Room 7210
>20 Massachusetts Avenue, NW
>Washington, D.C.  20001

Dated:  April 3, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO, D.C. Bar 418925
Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANT