UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 07-48 (RBW) |

## **AMENDED ORDER**

In accordance with the Court's rulings in its Memorandum Opinion being issued contemporaneously with this Order, it is hereby

**ORDERED** that the defendant's motion for summary judgment is granted in part and denied in part. It is further

**ORDERED** that the plaintiff's cross-motion for summary judgment is granted in part and denied in part. It is further

**ORDERED** that the defendant shall provide a supplemental submission with a more detailed explanation in support of its withholding of document 3 pursuant to Exemption 5 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2000). It is further

**ORDERED** that documents 5 and 7 were properly withheld pursuant to Exemption 5 of the FOIA. It is further

**ORDERED** that the defendant shall submit documents 12-15, 16-18, 18a, 24, 26-27, and 29-30 to the Court for its in camera review. It is further

**ORDERED** that document 31 was properly withheld pursuant to Exemption 5 of the FOIA.  It is further

**ORDERED** that documents 34-46, 48-49, 51 and 53-60 were properly withheld pursuant to Exemption 5 of the FOIA.  It is further

**ORDERED** that  the defendant's search pursuant to the FOIA was adequate.  It is further

**ORDERED** that the defendant shall comply with what is required pursuant to this Order within thirty days from the date this Order was issued.

**SO ORDERED** this 28th of October 2008.

_____/s/_____
REGGIE B. WALTON
United States District Court Judge