# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) NATIONAL ARCHIVES AND RECORDS ) ADMINISTRATION, ) ) Defendant. ) ) | CIVIL ACTION NO. 1:07-cv-00048-RBW |

## DEFENDANT'S NOTICE OF FILING AND IN CAMERA SUBMISSION

PLEASE TAKE NOTICE that the defendant, by its undersigned counsel, herewith files the Second Supplemental Declaration of Gary M. Stern, pursuant to the Court's Amended Order of October 28, 2008 [19].

ADDITIONALLY, PLEASE TAKE NOTICE that the defendant has submitted in camera, for the Court's review pursuant to the Amended Order, Documents 12-15, 16-18, 18a, 24, 26-27, and 29-30 listed in defendant's Vaughn index.

Dated: November 26, 2008

                 Respectfully submitted,

                 GREGORY G. KATSAS
                 Assistant Attorney General

                 JEFFREY A. TAYLOR
                 United States Attorney

                 JOHN R. TYLER, D.C. Bar 297713
                 Assistant Director

/s/ W. Scott Simpson
_____
W. SCOTT SIMPSON, Va. Bar 27487
Senior Trial Counsel

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone:  (202) 514-3495
Facsimile:   (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS